UNITED STATES DISTRICT COURT
Central DISTRICT OF ILLINOIS

Clyde Wallace K04941
Plaintiff(s)

v.

Gorge Montes, various members of the Prisoner Review Board et al.
Defendant(s)

Case Number _____

Judge _____

## MOTION FOR APPOINTMENT OF COUNSEL

1. I, Clyde Wallace, declare that I am the plaintiff in the above-entitled proceeding and state that I am unable to afford the services of an attorney, and hereby request the court to appoint counsel to represent me in this proceeding.

2. In support of my motion, I declare that I have made the following attempts to retain counsel to represent me in this proceeding:

I dont have the funds to obtain Counsle, nor do I have the time and resources to do so, And I will be Impeeded in my couse without the assistance of counsle

1

3. In further support of my motion, I declare that (check appropriate answer):

    ✓ I am not currently, nor previously have been represented by an attorney appointed by this Court in this or any other civil or criminal proceeding before this Court.

    ___ I am currently, or previously have been, represented by an attorney appointed by this Court in the proceeding(s) described on the following page.

4. In further support of my motion, I declare that (check appropriate answer):

    ✓ I have attached an original Application to Proceed in Forma Pauperis detailing my financial status.

    ___ I have previously filed an Application to Proceed in Forma Pauperis in this proceeding and it is a true and correct representation of my financial status.

    ___ I have previously filed an Application to Proceed in Forma Pauperis in this proceeding; however, my financial status has changed and I have attached an amended Application to Proceed in Forma Pauperis to reflect my current financial status.

5. I declare under penalty of perjury that the foregoing is true and correct.

_Clyde Wallace K04941_
Movant's Signature

_P.O. Box 99_
Street Address

_Pontiac    IL    61764_
City/State/Zip

DATE: _1-22-07_

2

As indicated in paragraph three on a preceding page, I am currently, or previously have been, represented by an attorney appointed by this Court in the following civil or criminal action(s):

Assigned Judge _____ N A _____

Case Number _____

Case Title _____

Appointed Attorney's Name _____

If case is still pending, please indicate with a check mark _____.

Assigned Judge _____

Case Number _____

Case Title _____

Appointed Attorney's Name _____

If case is still pending, please indicate with a check mark _____.

Assigned Judge _____

Case Number _____

Case Title _____

Appointed Attorney's Name _____

If case is still pending, please indicate with a check mark _____.

Assigned Judge _____

Case Number _____

Case Title _____

Appointed Attorney's Name _____

If case is still pending, please indicate with a check mark _____.