AO 450 (Rev. 5/85) Judgment in a Civil Case

**E-FILED**
Friday, 16 February, 2007   03:03:30 PM
Clerk, U.S. District Court, ILCD

# United States District Court
### CENTRAL DISTRICT OF ILLINOIS

# JUDGMENT IN A CIVIL CASE

**CLYDE WALLACE,**
         **Petitioner,**

    vs.                                      Case Number:    **07-3043**

**GORGE MONTES and**
**VARIOUS MEMBERS OF THE**
**PRISONER REVIEW BOARD,**
         **Respondents.**

☐ **JURY VERDICT**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

X  **DECISION BY THE COURT**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** , pursuant to the Opinion entered by Judge Richard Mills, Petitioner's petition under 28 U.S.C. § 2254 for a writ of habeas corpus (d/e 1) is DENIED.  This case is closed.

ENTER this 16th day of February 2006

s/ John M. Waters
JOHN M. WATERS, CLERK

s/ M. Eddings
_____
BY:  DEPUTY CLERK