*01-3043*

E-FILED
Friday, 25 May, 2007  10:09:41 AM
Clerk, U.S. District Court, ILCD

# Illinois
## Department of
# Corrections

Rod R. Blagojevich
Governor

Roger E. Walker Jr.
Director

Pontiac Correctional Center / 700 W. Lincoln Street / P.O. Box 99 / Pontiac, IL  61764 / Telephone: (815) 842-2816 / TDD: (800) 526-0844

May 21, 2007

**FILED**

MAY 2 2 2007

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Central District of Illinois
Office of the Clerk
United States District Court
151 U.S. Courthouse
600 East Monroe St.
Springfield, IL 62701

Re:    Court Ordered Fees

Gentlemen:

Please be advised that Offender Clyde Wallace, K04941, paroled from the Pontiac Correctional Center.   He refused to provide any forwarding address.

Sincerely,

James Cunningham, Business Administrator
Pontiac Correctional Center

cc:  Trust Office
     File; Chron